■ ARTHUR TIBALDI, as Treasurer of District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO, et al., Respondents, v. CUSTODIAN REALTY COMPANY et al., Appellants.— Order, Supreme Court, New York County, entered on January 20, 1972, granting plaintiffs' motion for a preliminary injunction, unanimously modified, on the law and on the facts, so as to delete therefrom the provision for supply of hot water at times other than when heat is supplied, and otherwise affirmed, without costs and without disbursements. Plaintiffs are appellants' sublessees in possession of a substantial portion of an office building under a long-term lease. Special Term erred in concluding that the lease covenant to supply heat should be construed to require the supply of hot water as well. Since the building has no facilities for providing hot water separate from heat there is no physical way for the landlord to provide hot water, during the months when heat is not provided. The lease does not obligate the landlord to provide hot water. The covenant to supply heat cannot be said to compel a finding that hot water must also be supplied at all other times. Concur — Markewich, J. P., Nunez, Kupferman, Murphy and Eager, JJ.

■ In the Matter of the Arbitration between MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant, and WARREN LUDWIG, Respondent. — Judgment, Supreme Court, New York County, entered on June 1, 1971, affirmed; and respondent shall recover of appellant $30 costs and disbursements of this appeal. Concur — Nunez, J. P., Kupferman, Murphy, Steuer and Eager, JJ. Steuer, J., dissents in the following memorandum: On this hearing I believe that the finding was so contrary to the evidence that on no rational basis could the result reached be founded. A disinterested witness whose attention was focused on the petitioner's car testified unequivocally that no other car was involved in the accident. As against this, petitioner gave varying accounts, with the necessity of repeated explanations for the discrepancies.